UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
at Covington

| | |
|---|---|
| JIANKANG LIN, | ) |
| Petitioner, | ) Civil Action No. 2:26-cv-00009-SCM |
| v. | ) **ORDER** |
| JASON MAYDAK, et al., | ) |
| Respondents. | ) |

\*\*\* \*\*\* \*\*\* \*\*\*

Petitioner Jiankang Lin, through counsel, recently filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. [Dkt. 1]. The Petitioner claims that he is being improperly detained by the Department of Homeland Security at the Boone County Jail located in Burlington, Kentucky. [Dkt. 1 at 3–4]. Among other things, the Petitioner requests that this Court order his immediate release. [Dkt. 1 at 12–13].

Having reviewed the Petition pursuant to 28 U.S.C. § 2243, the undersigned concludes that further briefing is necessary to adjudicate his claims. Thus, the Court will require the Respondents to respond to the Petition within 14 days.[1] For this reason, the undersigned also concludes that Petitioner's Application for Issuance of Order to Show Cause [Dkt. 3] should be denied at this juncture. Accordingly, **IT IS**

---

[1] District Judges in this District have required responses to similar Petitions within a similar timeframe. *See Ramirez Sanchez v. Jailer Jason Maydak, et al.*, Civil Action No. 2:25-142-SCM, Dkt. 7 (Reeves, J.). Upon good cause shown, Respondents may move for a brief period of additional time to respond to the Petition.

**ORDERED** as follows:

1) The Clerk of the Court is directed to send a copy of the Petition [Dkt. 1] and this Order to the United States Attorney's Office for the Eastern District of Kentucky and to Jason Maydak, Warden at the Boone County Jail.

2) **Within 14 days from the entry of this Order**, the United States Attorney's Office for the Eastern District of Kentucky and Jason Maydak are directed to file a response to the Petition.  The response should be in the form of a memorandum addressing the factual allegations and legal claims contained in the pleading.  Neither a formal motion to dismiss nor a motion for summary judgment is appropriate for these proceedings.  The Respondents also should attach any relevant documentary evidence to the response brief.

3) Once the Respondents file their response(s), the Petitioner may file a reply **within 14 days**.  The Court will then further consider the Petition and enter any appropriate Orders.

4) The Petitioner's Application for Issuance of Order to Show Cause [Dkt. 3] is **DENIED**.

Signed this 15th day of January, 2026.



S. Chad Meredith, District Judge
United States District Court
Eastern District of Kentucky