UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
at Covington

| | |
|---|---|
| Jiankang Lin, | ) |
| | ) |
| Petitioner, | )  Civil Action No. 2:26-cv-00009-SCM |
| | ) |
| v. | ) |
| | )  **ORDER** |
| Jason Maydak, et al., | ) |
| | ) |
| Respondents. | ) |

\*\*\*  \*\*\*  \*\*\*  \*\*\*

Before the Court is the federal Respondents' Unopposed Motion to Dismiss, [Dkt. 7], and Respondent Jason Maydak's Notice of Petitioner's Release from Custody, [Dkt. 8]. The Respondents report that the Petitioner, Jiankang Lin, was granted bond by an immigration judge and released from custody on January 23, 2026. [Dkt. 7 at 1–2; Dkt. 8 at 1]. The Respondents' documentation shows that the United States waived its right to appeal the immigration judge's ruling. [Dkt. 7-1 at 2]. The Respondents also report that Petitioner's counsel "agrees with dismissal of this case." [Dkt. 7 at 2].

Having reviewed the parties' submissions, the Court concludes the Petition is moot. Accordingly, the Unopposed Motion to Dismiss, [Dkt. 7], is **GRANTED**. A separate judgment will be entered.

Signed this 28th day of January, 2026.



S. Chad Meredith, District Judge
United States District Court
Eastern District of Kentucky