UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
at Covington

Jiankang Lin,                          )
                                       )
          Petitioner,                  )      Civil Action No. 2:25-cv-00009-SCM
                                       )
v.                                     )
                                       )      **JUDGMENT**
Jason Maydak, et al.,                  )
                                       )
          Respondents.                 )
                                       )
                                       )

*** *** *** ***

The Court has reviewed the Unopposed Motion to Dismiss, [Dkt. 7], which states that the Petitioner has been released from custody and that counsel for Petitioner "agrees with dismissal of this case." [Dkt. 7 at 1–2]. The Court has also reviewed the Notice of Petitioner's Release from Custody. [Dkt. 8]. In accordance with the Order entered on this date, and Pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby **ORDERED** and **AJUDGED** as follows:

1)    Petitioner Jiankang Lin's Petition for Writ of Habeas Corpus, [Dkt. 1], is **DISMISSED**.

2)    This case shall be stricken from the active docket.

Signed this 28th day of January, 2026.



S. Chad Meredith, District Judge
United States District Court
Eastern District of Kentucky